UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                    CASE NO: 11-40689 -LMK

ENFIN ENTERPRISE'S, INC.                                  CHAPTER 11
d/b/a Chez Pierre

    Debtor.
_____/

## CASE MANAGEMENT SUMMARY

COMES NOW the Debtor, by and through undersigned counsel, and pursuant to Local Rule, files this Case Management Summary, as follows:

1. Debtor is engaged in the restaurant, bar and catering business.

2. Debtor's business location is in Tallahassee, Florida.

3. Debtor's petition for Bankruptcy under Chapter 11 was filed due to a secured creditor, Business Loan Conduit, No. 2, LLC's foreclosure action and the general economic downturn.

4. The only affiliated officer of the Debtor Corporation is Eric Favier, who is the President and Chief Financial Officer.

5. The estimated annual gross revenue of the Debtor Corporation is approximately $1,300,000.00.

6. Debtor Corporation has a secured creditor debt in the amount of approximately $1,984,336.76 and unsecured creditor debt of approximately $33,000.00. Debtor has no Priority creditors.

7. Debtors fixed assets consist of real estate, equipment and inventory are valued at approximately $1,143,978.00.

8. Debtor, at the time of filing, had 45 full and part time employees.

9. Debtor's payroll at the time of filing was current.

10. Debtor has filed first day Motions and will conduct emergency hearings thereto, and does not believe any further emergency hearings will be necessary.

Dated this 25th day of August, 2011.

/S/ Thomas B. Woodward
Thomas B. Woodward, Esq.
Thomas Woodward Law Firm, PLLC
Attorney for Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
(850) 222-4818
(850) 561-3456 [Fax]
woodylaw@embarqmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon: Office of the U.S. Trustee, by electronic filing and to the parties on the attached matrix by either electronic filing or by U.S. Mail, postage pre-paid this 25th day of August, 2011.

/s/ Thomas B. Woodward

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 11-40689<br>Northern District of Florida<br>Tallahassee<br>Thu Aug 25 10:59:07 EDT 2011 | Enfin Enterprises, Inc.<br>1215 Thomasville Road<br>Tallahassee, FL 32303-6225 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-3227 |
| Business Loan Conduit, No. 2. LLC<br>CRF, USA<br>801 Nicoltel Mall, Ste. 1700 West<br>Minneapolis, MN 55402-2500 | De Lage Landen Financial Services<br>111100ld Eagle School road<br>Wayne, PA 19087 | Doris Maloy<br>Leon County Tax Collector<br>PO Box 1835<br>Tallahassee, FL 32302-1835 |
| Florida Dept of Revenue<br>Bankruptcy Section<br>P O Box 6668<br>Tallahassee, FL 32314-6668 | Gwen Pitkin<br>3058 Cummings Ave.<br>Tallahassee, FL 32311-3738 | Karen P. Cooley<br>P O Box 6672<br>Tallahassee, FL 32314-6672 |
| Law Offices of Becker and Poliakoff, P.A<br>Park Place<br>311 Park Place Blvd., Ste. 250<br>Clearwater, FL 33759-3977 | Mikael Frey<br>1767 Hermitage, Apt. 12206<br>Tallahassee, FL 32308-7722 | ProBank<br>536 N. Monroe Street<br>Tallahassee, FL 32301-1260 |
| United States Trustee +<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Thomas B. Woodward +<br>Thomas B. Woodward, Atty.<br>P.O. Box 10058<br>Tallahassee, FL 32302-2058 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 |
| Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients     18<br>Bypassed recipients      0<br>Total                   18 | |